**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MARY A. KELLY and THOMAS M. KELLY, | ) | |
| | ) | |
|     Plaintiffs | ) | |
| | ) | |
| v. | ) | No. 19 cv 5328 |
| | ) | |
| CITIMORTGAGE, INC. and | ) | The Honorable Gary Feinerman |
| CENLAR FSB d/b/a Central Loan Administration & | ) | |
| Reporting, a federally chartered savings bank, | ) | |
| | ) | |
|     Defendants | ) | |

## NOTICE OF MOTION

TO:    All Counsel of Record

    PLEASE TAKE NOTICE THAT on Thursday, October 3, 2019 at 9:00 a.m., I shall appear before the Honorable Gary Feinerman, or any other judge sitting in his stead, in Courtroom 2141 of the U.S. District Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604 and shall then and there present Defendants' Agreed Motion for Extension of Time to Respond to Plaintiffs' Complaint and to Reschedule Status Hearing, at which time and place you may appear if you so desire.

Dated: September 30, 2019

                                                Respectfully submitted,

                                                CITIMORTGAGE, INC. and
                                                CENLAR FSB


                                              By:   */s/ Irina Dashevsky*
                                                         One of Their Attorneys

P. Russell Perdew (6270420)
*pperdew@lockelord.com*
Irina Dashevsky (6298331)
*irina.dashevsky@lockelord.com*
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL 60606
Phone: 312-443-0228

**CERTIFICATE OF SERVICE**

   The undersigned attorney certifies that on September 30, 2019, she caused the foregoing Notice of Agreed Motion for Extension of Time to Respond to Plaintiffs' Complaint and to Reschedule Status Hearing to be served by electronically filing with the Clerk of the Court for the Northern District of Illinois using the CM/ECF system, and thereby serving by e-mail notification upon counsel for all parties of record.

                    _____/s/  Irina Dashevsky_____

2
81444217v.1